**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

KAREN GOLINSKI,
                    *Plaintiff-Appellee,*

v.

UNITED STATES OFFICE OF
PERSONNEL MANAGEMENT; JOHN
BERRY, Director of the United
States Office of Personnel
Management, in his official
capacity,

                    *Defendants,*

          and

BIPARTISAN LEGAL ADVISORY
GROUP OF THE U.S. HOUSE OF
REPRESENTATIVES,
    *Intervenor-Defendant-Appellant.*

No. 12-15388

D.C. No.
3:10-cv-00257-JSW
Northern District
of California,
San Francisco

5873

KAREN GOLINSKI,
              *Plaintiff-Appellee,*

v.

UNITED STATES OFFICE OF
PERSONNEL MANAGEMENT; JOHN
BERRY, Director of the United
States Office of Personnel
Management, in his official
capacity,
              *Defendants-Appellants,*

and

BIPARTISAN LEGAL ADVISORY
GROUP OF THE U.S. HOUSE OF
REPRESENTATIVES,
              *Intervenor-Defendant.*

No. 12-15409

D.C. No.
3:10-cv-00257-JSW
Northern District
of California,
San Francisco

ORDER

Filed May 22, 2012

Before: Sidney R. Thomas, Circuit Judge and
En Banc Coordinator.

## **ORDER**

Pursuant to G.O. 5.2, the petition for initial hearing en banc was circulated to the court. A time was established by which any judge could request a vote on the petition. No judge requested a vote within the time period. Therefore, the petition for initial hearing en banc is denied.

Chief Judge Kozinski and Judge Reinhardt did not participate in the consideration of this matter.

The order filed April 11, 2012, remains in effect. The Clerk shall calendar these consolidated appeals for argument before a three-judge panel during the week of September 10-14, 2012, in San Francisco.